UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-37078
DONALD M. SEMENIUK  )
 )  Chapter: 7
 )  Honorable Carol A. Doyle
 )
 )
Debtor(s)  )

**ORDER ALLOWING CHAPTER 7 TRUSTEE'S ATTORNEYS' APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF COSTS AND EXPENSES AND AUTHORIZATION TO PAY ALLOWED ADMINISTRATIVE CLAIM**

THIS CAUSE COMING ON TO BE HEARD on Gregory K. Stern, P.C.'s, Attorneys for David R. Herzog, Chapter 7 Trustee (the "Trustee"), Application For Allowance Of Final Compensation, Reimbursement of Costs and Expenses and Authorization to Pay Allowed Administrative Claim, due and proper notice having been served and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Rachel S. Sandler pursuant to 11 U.S.C. §§ 330 and 331, are allowed final compensation of $55,330.00 for services rendered from January 10, 2017 through November 19, 2018, and reimbursement of costs and expenses in the amount of $1,290.09.

2. The Trustee is authorized to pay the unpaid balance of the allowed final compensation and reimbursement of expenses of $56,620.09 to Gregory K. Stern, P.C. as a priority cost of administration.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: December 12, 2018

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558