**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-37078 |
| | § | |
| DONALD M. SEMENIUK | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>13</u> of the United States Bankruptcy Code was filed on <u>11/21/2016</u>. The case was converted to one under Chapter 7 on 01/02/2017. The undersigned trustee was appointed on <u>01/02/2017</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                   $520,149.78

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $139,819.07 |
   | Bank service fees | $2,456.01 |
   | Other Payments to creditors | $223,301.53 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $154,573.17 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/12/2017 and the deadline for filing government claims was 05/22/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $29,257.49. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $29,257.49, for a total compensation of $29,257.49[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/29/2019                By:    /s/ David R. Herzog
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 16-37078-CD | Trustee Name: | David R. Herzog |
| Case Name: | SEMENIUK, DONALD M. | Date Filed (f) or Converted (c): | 01/02/2017 (c) |
| For the Period Ending: | 4/29/2019 | §341(a) Meeting Date: | 02/06/2017 |
| | | Claims Bar Date: | 05/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 4950 West 135th Street Crestwood IL 60445 Cook | $180,000.00 | $0.00 | | $122,081.51 | FA |
| 2 | 8831 South Mozart, Evergreen Park, IL 60805 | $135,000.00 | $0.00 | | $0.00 | FA |
| 3 | 4616 West 137th Street, Crestwood, IL 60445 (u) | $275,000.00 | $100,196.08 | | $341,134.53 | FA |
| Asset Notes: | Amended Schedule A/B (Docket No. 50) | | | | | |
| 4 | Make: Ford Model: Edge Year: 2008 Approximate mileage: 135000 | $4,000.00 | $0.00 | | $0.00 | FA |
| 5 | Make: FordModel: Explorer Year: 2015 Approximate mileage: 10000 | $30,000.00 | $0.00 | | $0.00 | FA |
| 6 | Basic Household Goods, D1 | $800.00 | $0.00 | | $0.00 | FA |
| 7 | Television, Home Computer, Cell Phone, D1 | $250.00 | $0.00 | | $0.00 | FA |
| 8 | Basic Wearing Apparel, D1 | $750.00 | $0.00 | | $0.00 | FA |
| 9 | Costume Jewlery, D1 | $50.00 | $0.00 | | $0.00 | FA |
| 10 | US Currency (D1) (u) | $50.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Amended Schedule A/B (Docket No. 50) | | | | | |
| 11 | Checking - First Midwest (Joint)(Frozen Funds) (u) | $22,928.42 | $0.00 | | $22,928.42 | FA |
| Asset Notes: | Amended Schedule A/B (Docket No. 50) | | | | | |
| 12 | Rent payments | Unknown | $18,000.00 | | $18,000.00 | FA |
| 13 | Preferential transfer to Eileen Semeniuk (u) | $7,000.00 | $7,000.00 | | $7,000.00 | FA |
| 14 | Preferential transfer to Donald Semeniuk | Unknown | $5,000.00 | | $5,000.00 | FA |
| 15 | Savings - First Midwest (Frozen Funds) (u) | $2,207.73 | $2,207.73 | | $2,207.73 | FA |
| Asset Notes: | Amended Schedule A/B (Docket No. 50) | | | | | |
| 16 | Certificates of Deposit - First Midwest (Funds Frozen) (u) | $1,834.60 | $1,834.60 | | $1,797.59 | FA |
| Asset Notes: | Amended Schedule A/B (Docket No. 50) | | | | | |
| 17 | 2016 Tax Refund (u) | $13,000.00 | $13,000.00 | | $0.00 | FA |
| Asset Notes: | Amended Schedule A/B (Docket No. 50) | | | | | |

**TOTALS (Excluding unknown value)**                                                         **Gross Value of Remaining Assets**
                        $672,870.75        $147,238.41                    $520,149.78        $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2          Exhibit A

| **Case No.:** | 16-37078-CD | | **Trustee Name:** | David R. Herzog |
|---|---|---|---|---|
| **Case Name:** | SEMENIUK, DONALD M. | | **Date Filed (f) or Converted (c):** | 01/02/2017 (c) |
| **For the Period Ending:** | 4/29/2019 | | **§341(a) Meeting Date:** | 02/06/2017 |
| | | | **Claims Bar Date:** | 05/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

07/27/2018     Awaiting final payment of settlement; Final tax return.

| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | Current Projected Date Of Final Report (TFR): | 06/30/2019 | /s/ DAVID R. HERZOG |
|---|---|---|---|---|
| | | | | DAVID R. HERZOG |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-37078-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SEMENIUK, DONALD M. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3687 | Checking Acct #: | ******0298 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/21/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/25/2017 | (12) | Public Safety Direct, Inc. | 1st rent payment Public Safety - held by attorney until agreement reached | 1122-000 | $2,000.00 | | $2,000.00 |
| 06/09/2017 | (12) | Public Safety Direct, Inc. | 2nd Month Rent - Sent to counsel, then forwarded to Trustee | 1122-000 | $2,000.00 | | $4,000.00 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.75 | $3,995.25 |
| 07/12/2017 | (12) | Public Safety Direct, Inc. | Monthly Rent (3rd Month) | 1122-000 | $2,000.00 | | $5,995.25 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $7.78 | $5,987.47 |
| 08/07/2017 | (12) | Public Safety Direct, Inc. | August 2017 Rent | 1122-000 | $2,000.00 | | $7,987.47 |
| 08/21/2017 | (12) | Estate Stainless Sales Corporation | Deposit of rental payment erroneously deposited in account of Stainless Sales Corp (17-03148) on 3/28/17 | 1122-000 | $2,000.00 | | $9,987.47 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.35 | $9,975.12 |
| 09/06/2017 | (12) | Public Safety Direct, Inc. | September rent payment | 1122-000 | $2,000.00 | | $11,975.12 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $11,975.12 | $0.00 |
| | | | **TOTALS:** | | $12,000.00 | $12,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $11,975.12 | |
| | | | Subtotal | | $12,000.00 | $24.88 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $12,000.00 | $24.88 | |

For the period of  11/21/2016 to 4/29/2019

| | |
|---|---|
| Total Compensable Receipts: | $12,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.88 |
| Total Internal/Transfer Disbursements: | $11,975.12 |

For the entire history of the account between 05/25/2017 to 4/29/2019

| | |
|---|---|
| Total Compensable Receipts: | $12,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.88 |
| Total Internal/Transfer Disbursements: | $11,975.12 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-37078-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SEMENIUK, DONALD M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3687 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 11/21/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2019 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/15/2017 |  | Bank of Texas | Transfer Funds |  | 9999-000 | $11,975.12 |  | $11,975.12 |
| 09/29/2017 |  | Green Bank | Bank Service Fee |  | 2600-000 |  | $10.59 | $11,964.53 |
| 10/11/2017 |  | First Midwest Bank | Proceed from Bank Account |  | * | $26,933.74 |  | $38,898.27 |
|  | {11} |  | Proceed from Bank Account | $22,928.42 | 1129-000 |  |  | $38,898.27 |
|  | {15} |  |  | $2,207.73 | 1229-000 |  |  | $38,898.27 |
|  | {16} |  |  | $1,797.59 | 1229-000 |  |  | $38,898.27 |
| 10/11/2017 | (12) | Public Safety Direct, Inc. | October Rental |  | 1122-000 | $2,000.00 |  | $40,898.27 |
| 10/31/2017 |  | Green Bank | Bank Service Fee |  | 2600-000 |  | $48.80 | $40,849.47 |
| 11/09/2017 | (12) | Public Safety Direct, Inc. | November Rental |  | 1122-000 | $2,000.00 |  | $42,849.47 |
| 11/15/2017 | (13) | Eileen E. Semeniuk | Refund of alleged preferential payment |  | 1149-000 | $7,000.00 |  | $49,849.47 |
| 11/30/2017 |  | Green Bank | Bank Service Fee |  | 2600-000 |  | $71.44 | $49,778.03 |
| 12/11/2017 | (12) | Public Safety Direct, Inc. | December rent |  | 1122-000 | $2,000.00 |  | $51,778.03 |
| 12/29/2017 |  | Green Bank | Bank Service Fee |  | 2600-000 |  | $82.20 | $51,695.83 |
| 01/31/2018 |  | Green Bank | Bank Service Fee |  | 2600-000 |  | $83.42 | $51,612.41 |

| | | | | **SUBTOTALS** | $51,908.86 | $379.87 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-37078-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SEMENIUK, DONALD M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3687 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/21/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2018 | | Chicago Title & Trust | Proceeds from sale of 4616 W. 137th Street, Crestwood, IL (Order Docket #101) | * | $94,061.55 | | $145,673.96 |
| | {3} | | Proceeds from sale of 4616 W. 137th Street, Crestwood, IL (Order Docket #101)   $335,000.00 | 1110-000 | | | $145,673.96 |
| | | | Proration/Adjustment of County Taxes - 07/01/17 to 12/31/2017   $(9,483.52) | 2820-000 | | | $145,673.96 |
| | | | Proration/Adjustment of County Taxes - 01/01/1 to 02/06/18   $(2,018.82) | 2820-000 | | | $145,673.96 |
| | | | Title - Commitment Update Fee to Chicago Title Insurance Company   $(125.00) | 2500-000 | | | $145,673.96 |
| | | | Title - CPL Fee to Seller to Chicago Title Insurance Company   $(50.00) | 2500-000 | | | $145,673.96 |
| | | | Title - Escrow Fees to Chicago Title and Trust Company   $(750.00) | 2500-000 | | | $145,673.96 |
| | | | Title - State of Illinois Policy Registration Fee to Chicago Title Insurance Company   $(3.00) | 2500-000 | | | $145,673.96 |
| | | | Title - Tax Payment Service Fee to Chicago Title Insurance Company   $(50.00) | 2500-000 | | | $145,673.96 |
| | | | Title - Wire Fee to Seller - payoff Chicago Title and Trust Company   $(40.00) | 2500-000 | | | $145,673.96 |
| | | | Title - Owner's Title Insurance to Rachel Sandler   $(1,980.00) | 2500-000 | | | $145,673.96 |
| | | | County Transfer Tax to MYDEC Cook County Transfer Stamps   $(167.50) | 2500-000 | | | $145,673.96 |
| | | | State Transfer Tax to MYDEC Cook County Transfer Stamps   $(335.00) | 2500-000 | | | $145,673.96 |
| | | | Payoff of First Mortgage Loan   $(181,011.69) | 4110-000 | | | $145,673.96 |
| | | | 1st Installment Property Taxes & Duplicate Tax bill Fee to ACH Cook County Taxes   $(10,438.87) | 2820-000 | | | $145,673.96 |

|  |  | **SUBTOTALS** | **$94,061.55** | **$0.00** |
|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4      Exhibit B

| Case No. | 16-37078-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SEMENIUK, DONALD M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3687 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/21/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| | | | 2nd Installment Property Taxes & Duplicate Tax Bill Fee to ACH Cook County Taxes | $(9,620.05) | 2820-000 | | | $145,673.96 |
| | | | Attorney Fee to Gregory K. Stern, P.C. | $(1,500.00) | 2500-000 | | | $145,673.96 |
| | | | Broker Commission to Coldwell Banker | $(12,515.00) | 3510-000 | | | $145,673.96 |
| | | | Broker Commission to Century 21 Affilliated | $(8,080.00) | 3510-000 | | | $145,673.96 |
| | | | Land Trust Fees to Chicago Title Land Trust | $(570.00) | 2500-000 | | | $145,673.96 |
| | | | Survey Fee to Studnicka & Associates | $(2,200.00) | 2500-000 | | | $145,673.96 |
| 02/21/2018 | (3) | AJ Smith Federal Savings Bank | Refund of overpayment re sale 4614 W. 137th, Crestwood, IL | | 1110-000 | $5,555.86 | | $151,229.82 |
| 02/21/2018 | (3) | Coldwell Bank | Refund of listing fee | | 1110-000 | $495.00 | | $151,724.82 |
| 02/28/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $180.25 | $151,544.57 |
| 03/14/2018 | (3) | AJ Smith Federal Savings Bank | Refund overpayment mortgage interest | | 1110-000 | $83.67 | | $151,628.24 |
| 03/14/2018 | (14) | Donald Semeniuk | Settlement of preference - Donald Semeniuk | | 1141-000 | $5,000.00 | | $156,628.24 |
| 03/26/2018 | 5001 | International Sureties | Bond Payment | | 2300-000 | | $53.75 | $156,574.49 |
| 03/30/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $257.19 | $156,317.30 |

**SUBTOTALS**   $11,134.53   $748.38

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-37078-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SEMENIUK, DONALD M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3687 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/21/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2018 | | Chicago Title & Trust Co | Proceeds Sale Evergreen Park | | * | $57,224.50 | | $213,541.80 |
| | {1} | | Proceeds Sale Evergreen Park | $122,000.00 | 1110-000 | | | $213,541.80 |
| | | | Seller Credit to Purchasers - Liliana Del Toro and Edwin Zamora | $(750.00) | 2500-000 | | | $213,541.80 |
| | | | Prorations/Adjustments - 2017 Tax Credit | $(1,753.01) | 2820-000 | | | $213,541.80 |
| | | | Prorations/Adjustments - 2018 Tax Credit | $(847.21) | 2820-000 | | | $213,541.80 |
| | | | Title - 2 Tax Payment Service Fee to Chicago Title Company, LLC | $(100.00) | 2500-000 | | | $213,541.80 |
| | | | Title - Commitment Update Fee to Chicago Title Company, LLC | $(125.00) | 2500-000 | | | $213,541.80 |
| | | | Title - CPL Fee to Seller to Chicago Title Insurance Company | $(50.00) | 2500-000 | | | $213,541.80 |
| | | | Title - State of Illinois Policy Registration Fee to Chicago Title Company, LLC | $(3.00) | 2500-000 | | | $213,541.80 |
| | | | Title - Owner's Title Insurance to Rachel Sandler | $(1,700.00) | 2500-000 | | | $213,541.80 |
| | | | Recording Fees to Chicago Title Company, LLC | $(50.00) | 2500-000 | | | $213,541.80 |
| | | | County Transfer Tax to MYDEC Cook County Transfer Stamps | $(61.00) | 2500-000 | | | $213,541.80 |
| | | | State Transfer Tax to MYDEC Cook County Transfer Stamps | $(122.00) | 2500-000 | | | $213,541.80 |
| | | | 2016 Duplicate Tax Bill to ACH Cook County Taxes | $(7.00) | 2820-000 | | | $213,541.80 |
| | | | 2016 Taxes & Penalty to ACH Cook County Taxes | $(4,134.24) | 2820-000 | | | $213,541.80 |
| | | | 2017 1st Installment & Penalty to ACH Cook County Taxes | $(1,986.16) | 2820-000 | | | $213,541.80 |
| | | | 2017 Duplicate Tax Bill to ACH Cook County Taxes | $(7.00) | 2820-000 | | | $213,541.80 |
| | | | Commission to Coldwell banker Residential | $(4,565.00) | 3510-000 | | | $213,541.80 |
| | | | Commission to RE/Max & Partners | $(2,755.00) | 3510-000 | | | $213,541.80 |
| | | | **SUBTOTALS** | | | $57,224.50 | $0.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-37078-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SEMENIUK, DONALD M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3687 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/21/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | Judgment to Fifth Third Bank (Case No. 2015I006478)  $(42,289.84) | 7100-000 | | | $213,541.80 |
| | | | Seller's Attorney Fee to Gregory K Stern, P.C.  $(1,500.00) | 2500-000 | | | $213,541.80 |
| | | | Survey Fee to Studnicka & Associates  $(450.00) | 2500-000 | | | $213,541.80 |
| | | | Transfer stamps reimb. to Gregory K Stern, P.C.  $(710.00) | 2500-000 | | | $213,541.80 |
| | | | Water Bill reimb. to Gregory K Stern, P.C.  $(810.04) | 2500-000 | | | $213,541.80 |
| 04/06/2018 | (1) | Chicago Title & Trust Co. | Proceeds Sale Evergreen Park | 1110-000 | $81.51 | | $213,623.31 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $301.60 | $213,321.71 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $344.23 | $212,977.48 |
| 06/22/2018 | 5002 | Nicor Gas | Final Gas Bill - For Sale of Residence | 2990-000 | | $15.81 | $212,961.67 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $343.67 | $212,618.00 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $332.03 | $212,285.97 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $375.71 | $211,910.26 |
| 09/04/2018 | 5003 | Illinois Dept. of Revenue | FEIN 35-7003687 | 2820-000 | | $207.00 | $211,703.26 |
| 09/04/2018 | 5004 | Illinois Dept. of Revenue | FEIN 35-7003687 | 2820-000 | | $486.00 | $211,217.26 |
| 12/11/2018 | 5005 | Illinois Dept. of Revenue | FEIN 35-7003687 | 2820-000 | | $24.00 | $211,193.26 |
| 01/02/2019 | 5006 | Gregory K Stern | Final compensation pursuant to Order dated 12/13/18 (Docket No. 128). | * | | $56,620.09 | $154,573.17 |
| | | | Gregory K. Stern  $(55,330.00) | 3210-000 | | | $154,573.17 |
| | | | Gregory K. Stern  $(1,290.09) | 3220-000 | | | $154,573.17 |
| 02/27/2019 | 5007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $56.61 | $154,516.56 |
| 04/01/2019 | 5007 | VOID: Arthur B. Levine Company | Void of Check# 5007 | 2300-003 | | ($56.61) | $154,573.17 |

| | | | | **SUBTOTALS** | $81.51 | $59,050.14 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-37078-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SEMENIUK, DONALD M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3687 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/21/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $214,410.95 | $59,837.78 | $154,573.17 |
| | | | Less: Bank transfers/CDs | | $11,975.12 | $0.00 | |
| | | | **Subtotal** | | $202,435.83 | $59,837.78 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $202,435.83 | $59,837.78 | |

**For the period of 11/21/2016 to 4/29/2019**

| | |
|---|---|
| Total Compensable Receipts: | $508,149.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $508,149.78 |
| Total Internal/Transfer Receipts: | $11,975.12 |
| | |
| Total Compensable Disbursements: | $365,551.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $365,551.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/15/2017 to 4/29/2019**

| | |
|---|---|
| Total Compensable Receipts: | $508,149.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $508,149.78 |
| Total Internal/Transfer Receipts: | $11,975.12 |
| | |
| Total Compensable Disbursements: | $365,551.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $365,551.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8   Exhibit B

| Case No. | 16-37078-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SEMENIUK, DONALD M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3687 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/21/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $214,435.83 | $59,862.66 | $154,573.17 |

**For the period of 11/21/2016 to 4/29/2019**

| | |
|---|---|
| Total Compensable Receipts: | $520,149.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $520,149.78 |
| Total Internal/Transfer Receipts: | $11,975.12 |
| | |
| Total Compensable Disbursements: | $365,576.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $365,576.61 |
| Total Internal/Transfer Disbursements: | $11,975.12 |

**For the entire history of the case between 01/02/2017 to 4/29/2019**

| | |
|---|---|
| Total Compensable Receipts: | $520,149.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $520,149.78 |
| Total Internal/Transfer Receipts: | $11,975.12 |
| | |
| Total Compensable Disbursements: | $365,576.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $365,576.61 |
| Total Internal/Transfer Disbursements: | $11,975.12 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

| Case No.: | 16-37078-CD | | | | | | Trustee Name: | | David R. Herzog | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SEMENIUK, DONALD M. | | | | | | Date: | | 4/29/2019 | | |
| Claims Bar Date: | 05/12/2017 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1400<br>Chicago IL 60602 | 03/27/2019 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $29,257.49 | $29,257.49 | $0.00 | $0.00 | $0.00 | $29,257.49 |
|  | KUTCHINS, ROBBINS & DIAMOND, LTD.<br><br>35 E. Wacker Drive<br>Suite 690<br>Chicago IL 60601 | 10/29/2018 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $2,226.00 | $2,226.00 | $0.00 | $0.00 | $0.00 | $2,226.00 |
| 2 | A.J. SMITH FEDERAL SAVINGS BANK<br><br>14757 South Cicero Avenue<br>Midlothian IL 60445 | 12/01/2016 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $165,845.87 | $165,845.87 | $181,011.69 | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | 11/28/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,912.89 | $12,912.89 | $0.00 | $0.00 | $0.00 | $12,912.89 |
| 3 | FIFTH THIRD BANK<br><br>Clark Hill PLC<br>c/o Sandra S Hamilton<br>200 Ottawa Avenue Suite 500<br>Grand Rapids MI 49503 | 02/23/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $434,127.42 | $434,127.42 | $42,289.84 | $0.00 | $0.00 | $391,837.58 |
| Claim Notes: | (3-1) Money Loaned - Judgment(3-2) Money Loaned - Judgment | | | | | | | | | | | |
| 4 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 03/07/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,944.85 | $21,944.85 | $0.00 | $0.00 | $0.00 | $21,944.85 |
|  |  |  |  |  |  | $666,314.52 | $666,314.52 | $223,301.53 | $0.00 | $0.00 | $458,178.81 |

**CLAIM ANALYSIS REPORT**

Page No: 2  Exhibit C

| | |  | | |
|---|---|---|---|
| **Case No.** | 16-37078-CD | **Trustee Name:** | David R. Herzog |
| **Case Name:** | SEMENIUK, DONALD M. | **Date:** | 4/29/2019 |
| **Claims Bar Date:** | 05/12/2017 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Fees (Other Firm) | $2,226.00 | $2,226.00 | $0.00 | $0.00 | $0.00 | $2,226.00 |
| General Unsecured § 726(a)(2) | $468,985.16 | $468,985.16 | $42,289.84 | $0.00 | $0.00 | $426,695.32 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $165,845.87 | $165,845.87 | $181,011.69 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $29,257.49 | $29,257.49 | $0.00 | $0.00 | $0.00 | $29,257.49 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 16-37078
Case Name: DONALD M. SEMENIUK
Trustee Name: David R. Herzog

Balance on hand: $154,573.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | A.J. Smith Federal Savings Bank | $165,845.87 | $165,845.87 | $181,011.69 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $154,573.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $29,257.49 | $0.00 | $29,257.49 |
| Gregory K. Stern, Attorney for Trustee Fees | $55,330.00 | $55,330.00 | $0.00 |
| Gregory K. Stern, Attorney for Trustee Expenses, Expenses | $1,290.09 | $1,290.09 | $0.00 |
| Kutchins, Robbins & Diamond, Ltd., Accountant for Trustee Fees | $2,226.00 | $0.00 | $2,226.00 |
| Other: Broker Commission to Century 21 Affilliated, Realtor for Trustee Fees | $8,080.00 | $8,080.00 | $0.00 |
| Other: Broker Commission to Coldwell Banker, Realtor for Trustee Fees | $12,515.00 | $12,515.00 | $0.00 |
| Other: Commission to Coldwell banker Residential, Realtor for Trustee Fees | $4,565.00 | $4,565.00 | $0.00 |
| Other: Commission to RE/Max & Partners, Realtor for Trustee Fees | $2,755.00 | $2,755.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $31,483.49
Remaining balance: $123,089.68

**UST Form 101-7-TFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $123,089.68 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $123,089.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $468,985.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $12,912.89 | $0.00 | $4,553.51 |
| 3 | Fifth Third Bank | $434,127.42 | $42,289.84 | $110,797.70 |
| 4 | American Express Centurion Bank | $21,944.85 | $0.00 | $7,738.47 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $123,089.68 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**