**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **DONALD M. SEMENIUK,** | ) | **Case No. 16-37078** |
| | ) | |
| **Debtor.** | ) | **Judge Carol A. Doyle** |

## CERTIFICATE OF NOTICE

      The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 1st day of May, 2019.

                                         */s/ David R. Herzog*
                                         Trustee in Bankruptcy

## SERVICE LIST

### VIA ECF

Patrick S Layng
c/o M. Gretchen Silver
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Frank J Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Suite 1201
Chicago, IL 60603
fkokoszka@k-jlaw.com

Jeff A Whitehead
Law Office of Jeff Whitehead
700 West Van Buren
Suite 1506
Chicago, IL 60607
jeffwhitehead_2000@yahoo.com

Gregory K Stern
Monica C O'Brien
Rachel S Sandler
Gregory K. Stern, P.C.
53 W Jackson Blvd Ste 1442
Chicago, IL 60604
greg@gregstern.com
gstern1@flash.net
rachel@gregstern.com

### VIA REGULAR MAIL

Donald M. Semeniuk
4950 West 135th Street
Crestwood, IL 60445

A.J. Smith Federal Savings Bank
14757 S. Cicero Avenue
Midlothian, IL 60445-3172

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

AT&T
208 Akard Street, #100
Dallas, TX 75202-4209

Brenda Semeniuk
4950 West 135th Street
Chicago, IL 60445

CRB Auto
PO Box 98541
Las Vegas, NV 89193-8541

Chris Jewula Contracting
5200 West Roscoe Street
Chicago, IL 60641-4252

D&S LTD
13809 Research Blvd., Suite 800
Austin, TX 78750-1211

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Diver, Grach, Quade and Masini, LLP
111 North County Street
Waukegan, IL 60085-4344

Donald Semeniuk Sr.
1606 Gulf Blvd.
Indian Rock Beach, FL 33785

Eileen Semeniuk
4435 W. 115th Place
Alsip, IL 60803-2118

Eliana Ruano
8831 South Mozart Street
Evergreen Park, IL 60805-1141

Fifth Third Bank
MD# ROPS05 Bankruptcy Dept.
1850 East Paris SE
Grand Rapids, MI 49546-6253

Fifth Third Bank
Clark Hill PLC
c/o Sandra S. Hamilton
200 Ottawa Ave., Suite 500
Grand Rapids, MI 49503-2426

Fifth Third Bank
c/o David L. Hazan
Diver, Grach, Quade and Masini, LLP
111 North County Street
Waukegan, IL 60085

Fifth Third Bank
Sherry Lowe Johnson
Clark Hill PLC
130 E. Randolph St., Suite 3900
Chicago, IL 60601-6317

First Midwest Bank
PO Box 580
Joliet, IL 60434-0580

Lois West
Kutchins, Robbins & Diamond, Ltd.
35 E. Wacker Dr., Suite 690
Chicago, IL 60601

Lowe's
PO Box 530914
Atlanta, GA 30353-0914

O'Keefe Lyons & Hynes LLC
30 North LaSalle Street
Suite 4100
Chicago, IL 60602-2507

Public Service Direct
4614-16 West 137th Street
Crestwood, IL 60418-1927

Sam's Club
PO Box 530942
Atlanta, GA 30353-0942

Semford Management
4614 West 137th Street
Midlothian, IL 60445

Winona National Bank
PO Box 499
Winona, MN 55987-0499